IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-25388-BB

BH APIRION LLC,

Plaintiff,

v.

ISAAC TOLEDANO,
BH SD-SOUTHPLACE MANAGER LLC,
BH-SD MALL LLC,
BH SOUTHPLACE HOLDINGS LLC, and
BH WORLDWIDE REAL ESTATE HOLDINGS LLC,

Defendants.
_______________________________________/

**DEFENDANTS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Defendants ISAAC TOLEDANO ("**Toledano**"), BH SD-SOUTHPLACE MANAGER LLC ("**BH Manager**"), BH-SD MALL LLC ("**BH Member**"), BH SOUTHPLACE HOLDINGS LLC ("**BH Member No. 2**"), and BH WORLDWIDE REAL ESTATE HOLDINGS LLC ("**BH Worldwide**" and, together with Toledano, BH Manager, BH member, and BH Member No. 2, the "**Toledano Parties**"), through undersigned counsel and pursuant to Local Rule 3.8 hereby file this Notice of Pending, Refiled, Related or Similar Actions.

A related and similar previously filed action is currently pending in this District as Case No. 1:26-cv-25010 before the Honorable Judge Federico A. Moreno (the "**Previously Filed Action**"). The Previously Filed Action relates to two real estate transactions and contracts, one of which is the same as that which is the subject of this proceeding, and both actions include substantially the same parties, the same property, and the same core legal and factual issues. This action is in the nature of a counterclaim to the Previously Filed Action and the cases should be transferred to the same Judge, and then consolidated for discovery and trial.

The Previously Filed Action (Case No. 25010) was filed in Florida state court on June 24, 2026 and removed to this Court on July 24, 2026. The present case was filed in Florida state court on July 7, 2026 and removed to this Court on August 10, 2026.

Transfer of this case to the Judge Moreno would be in the interest of judicial efficiency and economy, conserve judicial and party resources, and will prevent inconsistent judgments.

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
*Counsel for Defendants*
201 South Biscayne Boulevard
Suite 1800
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: s/ *Steve I. Silverman*
**Alan J. Kluger**
Fla. Bar No. 200379
akluger@KlugerKaplan.com
**Steve I. Silverman**
Fla. Bar No. 516831
ssilverman@KlugerKaplan.com
**Jonathan Korin**
Fla. Bar. No. 93914
jkorin@KlugerKaplan.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record via the CM/ECF on this August 17, 2026.

By: */s/ Steve I. Silverman*
Steve I. Silverman, Esq.