UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-25388-CIV-MORENO**

BH APIRION LLC,

Plaintiff,

vs.

ISAAC TOLEDANO, BH SD-SOUTHPLACE MANAGER LLC, BH-SD MALL LLC, BH SOUTHPLACE HOLDINGS LLC, and BH WORLDWIDE REAL ESTATE HOLDINGS LLC,

Defendants.
_______________________________________/

**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss **(D.E. 18)**, filed on **August 20, 2026**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to dismiss is DENIED without prejudice with leave to refile after the Court rules on the motion to disqualify.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th of September 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record